Case 1:23-cv-04700-JHR   Document 19   Filed 09/07/23   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOLIDUS COMMUNICATIONS, INC. (f/k/a TELCO CUBA, INC.),

                       Plaintiff,

-v.-

EMA FINANCIAL, LLC, EMA GROUP, LLC, and FELICIA PRESTON,

                       Defendants.

---

23 Civ. 4700 (JHR)

SCHEDULING ORDER

JENNIFER H. REARDEN, District Judge:

      Per the parties' request in light of Defendants' pending motion to dismiss (ECF No. 13), the initial pretrial conference previously scheduled for **September 8, 2023,** at **10:45 a.m.**, is ADJOURNED until further notice from the Court. The parties' letter-motion to stay discovery pending the motion to dismiss is GRANTED in part and DENIED in part. ECF No. 18. By **September 22, 2023**, the parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and discuss an informal exchange of information in aid of early settlement. The parties shall complete any agreed upon informal discovery by **November 7, 2023**.

      The Clerk of Court is directed to terminate ECF No. 18.

      SO ORDERED.

Dated: September 7, 2023
       New York, New York

                                                           */s/ Jennifer H. Rearden*
                                                         JENNIFER H. REARDEN
                                                         United States District Judge