UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SOLIDUS COMMUNICATIONS, INC.,

Plaintiff,

-v-

No. 23-CV-4700-LTS

EMA FINANCIAL, LLC, EMA GROUP, LLC, and FELICIA PRESTON

Defendants.

-------------------------------------------------------x

ORDER

The Court has received Plaintiff's September 29, 2026 letter (docket entry no. 40) and Defendant's September 30, 2026 response to that letter (docket entry no. 41). The pending motion to dismiss is under advisement, and the parties will be informed when a decision has been reached. The Court will reach out to the parties if it believes that supplemental authorities or briefing would be helpful.

SO ORDERED.

Dated: New York, New York
October 2, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge